# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL30 | 9252590 | Hoay | 4308 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2/14/21 15:30
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 50 CFR 20.21d
Place of Offense: Jefferson Davis Parish - Hwy 99
Offense Description: Factual Basis for Charge: Take MGB w/aid of a motor vehicle

### DEFENDANT INFORMATION

Last Name: Istre
First Name: Trevor
MI: W

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| C779174 | LA | 07 | CHV 1500 | | WHT |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ~~ Forfeiture Amount~~
+ $30 ~~Processing Fee~~
$ ~~ Total Collateral Due~~

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: U.S. Federal Court, 611 Broad St, Lake Charles, LA 337-437-3870
Date: 10-21-21
Time: 8:30am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Mailed

Original - CVB Copy

*9252590*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/30/2021 11:1