# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL30 | 9252592 | Hoas | 4308 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 2-16-21 1530
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 50 CFR 20.72
**Place of Offense:** Jefferson Davis Parish - Hwy 99
**Offense Description: Factual Basis for Charge:** Take MGB in violation of State Law (Hunt from Road, CTD Juvenile, Trespass) HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Istre
**First Name:** Trevor
**MI:** W

[Street Address and vehicle info redacted]

**APPEARANCE IS REQUIRED** — A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☐ (crossed out)
Forfeiture Amount
$30 Processing Fee
Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** U.S. Federal Court, 611 Broad St, Lake Charles, LA — 337-437-3870
**Date:** 10-21-21
**Time:** 8:30 am

X Defendant Signature: Mailed

Original - CVB Copy

*9252592*

---

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

[Narrative lines blank]

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/30/2021 11:1