# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL3D | 9252594 | Hoax | 4308 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2-16-21 1530
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 50 CFR 20.40
Place of Offense: Jefferson Davis Parish - Hwy 99
Offense Description: Factual Basis for Charge: Gift of Improperly Tagged MGB
HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Istre
First Name: Trevor W

[Street Address redacted]

Tag No. | State | Year | Make/Model | PASS ☐ | Color

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: U.S. Federal Court, 611 Broad St, Lake Charles, LA  337-437-3870
Date: 10-21-21   Time: 8:30

X Defendant Signature: Mailed

Original - CVB Copy

*9252594*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident