U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

OCT 21 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA         CASE NO. 2:21-PO- *00999*

VERSUS                           MAGISTRATE JUDGE KAY

*TREVOR W. ISTRE*

## WAIVER OF COUNSEL

I, _TREVOR W. ISTRE_, am the above named defendant, having been advised of the nature of the charges(s) against me, and of my right to be represented by counsel of my own choice, or if I am unable to employ counsel, by court appointed counsel at every stage of this proceeding, I hereby waive that right and consent that all proceedings before the United States Magistrate may be had without my being presented by counsel.

_Trevor Istre_                   _10-21-21_
Defendant's Name                 Date

ADDRESS:
_13997 Touchet RD_